UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                           )
          V.                 )    CRIMINAL NO. 05-_____
                           )
NAOMI WATFORD             )

MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because it involves (check all that apply):

_____ Crime of violence (18 U.S.C. Section 3156)

_____ Maximum sentence life imprisonment or death

\_\_✗\_\_ 10 plus years drug offense

_____ Felony, with two prior convictions in above categories

_____ Serious risk defendant will flee

_____ Serious risk of obstruction of justice

2. **Reason for Detention.** The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

\_\_✗\_\_ Defendant's appearance as required

\_\_✗\_\_ Safety of any other person and the community

3. **Rebuttable Presumption.** The United States (will, will not) invoke the rebuttable presumption against defendant under Section 3142(e). (If yes) The presumption applies because (check one or both):

___X___ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time for Detention Hearing.** The United States requests, the court conduct the detention hearing,

_____ At first appearance

___X___ After continuance of __2__ days (not more than 3)

5. **Witnesses.** The United States intends to call the following witnesses:

a thorney proffer

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6. **Other Matters.**

_____

_____

_____

DATED this __5__ day of August_____, 20 05 .

_____
Assistant United States Attorney

2