AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

v.

NAOMI WATFORD

**APPEARANCE**

Case Number: 05-30057-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
NAOMI WATFORD

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/15/2005 | *[signature]* |
| Date | Signature |
| | MYLES JACOBSON     249600 |
| | Print Name     Bar Number |
| | 52 Mulberry Street |
| | Address |
| | Springfield    MA    01105-1410 |
| | City    State    Zip Code |
| | (413) 781-5400    (413) 739-0801 |
| | Phone Number    Fax Number |