UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 05-30057-MAP |
| ) | |
| v. ) | |
| ) | |
| NAOMI WATFORD, ) | |
| ) | |
| Defendant. ) | |

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1, the Defendant, NAOMI WATFORD, states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

## CERTIFICATE OF SERVICE

Hampden, s.s.                                       Springfield, Massachusetts
                                                    August 15, 2005

I HEREBY CERTIFY that I have served a copy of the foregoing Notice re: Automatic Disclosure by United States Mail to Ariane D. Vuono, Assistant United States Attorney, Federal Building and Courthouse, 1550 Main St., Room #310, Springfield, MA 01103-1427.

5/15/05

NAOMI WATFORD,
By her attorney,

Myles D. Jacobson, BBO# 249600
Fein, Pearson & Emond, PC
52 Mulberry Street
Springfield, MA 01105-1410
(413) 781-5400
(413) 739-0801 - Facsimile