```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-*[handwritten]*MAP |
|      v. ) | |
| ) | 21 U.S.C. § 846 |
| DARRYL BURNS, ) | (Conspiracy to Possess with |
|    a/k/a "Snoop," ) | Intent to Distribute Cocaine |
|           and ) | Base)(Count One) |
| NAOMI WATFORD, ) | |
|        Defendants. ) | 21 U.S.C. § 841 |
| ) | (Possession with Intent to |
| ) | Distribute Cocaine Base) |
| ) | (Counts Two - Four) |
| ) | |
| ) | 18 U.S.C. § 2 |
| ) | (Aiding and Abetting) |
| | (Counts Two-Four) |

                           INDICTMENT

The Grand Jury charges:

COUNT ONE:    (Title 21, United States Code, Section
              846: Conspiracy to Possess with Intent to
              Distribute Cocaine Base)

   1.   On or about and between February 1, 2005, and May 3, 2005, in Berkshire County, in the District of Massachusetts,

                  DARRYL BURNS, a/k/a "Snoop,"
                             and
                        NAOMI WATFORD,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury to commit an offense against the United States, namely, to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code,



Section 841(a)(1).

2. The grand jury further charges that the conspiracy involved fifty grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) is applicable to this case.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:    (Title 21, United States Code, Section 841: Possession with Intent to Distribute Cocaine Base; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about February 3, 2005, in Berkshire County, in the District of Massachusetts,

DARRYL BURNS, a/k/a "Snoop," and
NAOMI WATFORD,

the defendants herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance.

2. The grand jury further charges that the offense described in Part 1 of Count Two of this Indictment involved five grams or more of a mixture or substance containing cocaine base in the form of crack cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT THREE:   (Title 21, United States Code, Section 841: Possession with Intent to Distribute Cocaine Base; Title 18, United States Code, Section 2: Aiding and Abetting)

1. On or about March 10, 2005, in Berkshire County, in the District of Massachusetts,

DARRYL BURNS, a/k/a "Snoop," and

the defendants herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance.

2. The grand jury further charges that the offense described in Part 1 of Count Three of this Indictment involved fifty grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT FOUR:    (Title 21, United States Code,
               Section 841:  Possession with
               Intent to Distribute Cocaine Base;
               Title 18, United States Code,
               Section 2:  Aiding and Abetting)

1.  On or about May 3, 2005, in Berkshire County, in the District of Massachusetts,

DARRYL BURNS, a/k/a "Snoop," and
NAOMI WATFORD,

the defendants herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance.

2.  The grand jury further charges that the offense in Part 1 of Count Four of this Indictment involved fifty grams or more of a mixture or substance containing cocaine base.  Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

5

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ARIANE D. VUONO
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS:

    Returned into the District Court by the Grand Jurors and filed on August __4__, 2005. at 2:12 pm

_____
DEPUTY CLERK OF COURT