UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hampden, ss                                                                 Case No: 05-30057-MAP

UNITED STATES OF AMERICA     )
                                                                   )
v.                                                                )
                                                                   )
NAOMI WATFORD                                )

## NOTICE OF CHANGE OF ADDRESS

Please enter my change of address and telephone as counsel for Naomi Watford in reference to the above entitled matter, as follows:

     Myles Jacobson, Attorney
     Jacobson & Fellows
     90 Conz Street
     P.O. Box 597
     Northampton, MA 01061
     Telephone: (413) 584-8181

Date: September 1, 2005

                                                                   _____
                                                                   Myles Jacobson
                                                                   Jacobson & Fellows
                                                                   90 Conz Street
                                                                   P.O. Box 597
                                                                   Northampton, MA 01061
                                                                   Tel: (413) 584-8181
                                                                   BBO #249600

## CERTIFICATE OF SERVICE

I, Myles Jacobson, hereby certify that I caused a copy of the foregoing document to be mailed first class to the attorney for the United States: Ariane Vuono, Assistant United States Attorney, Federal Building and Courthouse, 1550 Main Street, Room 310, Springfield, MA 01103.