UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
                                  )
            v.                    )    CRIMINAL NO. 05-30057-MAP
                                  )
DARRYL BURNS, and                 )
NAOMI WATFORD                     )
                                  )
            Defendants.           )

THE PARTIES' JOINT STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United
States Attorney for the District of Massachusetts, and Edward B.
Fogarty, attorney for Darryl Burns, and Myles Jacobson, attorney
for Naomi Watford, hereby submit the following status report
pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's
written order.

1.    The government states that this is not a complex case
and therefore the timing requirements imposed by Local Rule 116.3
should be followed.  Counsel for Naomi Watford states that the
defendant is in no position to know whether this case is a
complex case.

2.    The government anticipates that the defendants will
request discovery concerning expert witnesses under Fed.R.Crim.P.
16(a)(1)(E).  The government requests reciprocal discovery
pursuant to Fed.R.Crim.P. 16(B)(1)(C).  Accordingly, it is
appropriate for the Court to establish dates for response by the

parties.

3.    The government believes that there will be additional
discovery to be provided by the government and the defendants as
a result of the future receipt of information, documents, or
reports of examinations or tests.

4.    The government states that a motion date should be
established under Fed.R.Crim.P. 12(c).  Counsel for Ms. Watford
states that the defendant is in no position to know if it is
appropriate to set a motion date and notes that on September
28th, the Court scheduled a further interim status conference for
November 8, at 12:30 p.m., and he respectfully requests that the
Court wait until that conference before scheduling further
routine orders in this case.

5.    The government states that the time from arraignment,
through the present is excludable from the Speedy Trial Act
pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule
112.2(A)(1),(2), and (3).  Accordingly, the government requests
that the Court issue an order indicating that the time from
arraignment to the present is excludable pursuant to Local Rule
112.2(B).  Counsel for Ms. Watford agrees.

6.    The government anticipates a trial in this case which
will require approximately two weeks consisting of four hour
trial days.

7.    The government states that it is premature to establish
a final status conference at this time.

8.    Counsel for Ms. Watford further states that the automatic discovery order has not been fully complied with, but the attorneys for the government and the defendant have agreed to meet next week and hope to resolve discovery issues.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

Ariane D. Vuono
Assistant U.S. Attorney

Edward B. Fogarty, Esq.
Attorney for Darryl Burns

Myles Jacobson, Esq.
Attorney for Naomi Watford

Dated: September 29, 2005