

U.S. Department of Justice

FILED
K'S OFFICE

2005 OCT 20 P 5: 36

*United States Attorney*
*District of Massachusetts*

---

Main Reception: (413) 785-0235
Fax: (413) 785-0394

Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

October 19, 2005

Myles Jacobson, Esq.
Jacobson & Fellows
90 Conz Street
P.O. Box 597
Northampton, MA 01061

    Re:   United States v. Naomi Watford
          Criminal No. 05-30057-MAP

Dear Attorney Jacobson:

    This letter will respond to your letter dated September 23, 2005.

1. Defendant's prior record was provided to you on October 3, 2005.

2. As stated in automatic discovery no search warrants were issued or executed in this case. I have requested a copy of the inventory of Ms. Watford's car from the Pittsfield police department. As soon as I receive it, it will be forwarded to you.

3. Please find enclosed copies of Exhibits N-3, N-10, N-13. Exhibits N-2 and N-14 are contained on the enclosed videocassettes.

4. There are no unindicted co-conspirators in this case.

5. A copy of Ms. Watford's motor vehicle photograph which was used for identification purposes on February 4 and May 3 is enclosed.

6. The information requested in this paragraph will be provided on or before November 10, 2005.

1

Please feel free to call me at (413) 785-0330 if you have any questions about the above information.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:

ARIANE D. VUONO
Assistant U.S. Attorney

Encs.