

U.S. Department of Justice

FILED
IN CLERK'S OFFICE

*United States Attorney*
*District of Massachusetts*  2005 OCT 28  P 3: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

October 28, 2005

Myles Jacobson, Esq.
Jacobson & Fellows
90 Conz Street
P.O. Box 597
Northampton, MA 01061

    Re:   <u>United States v. Naomi Watford</u>
           Criminal No. 05-30057-MAP

Dear Attorney Jacobson:

    Enclosed please find additional discovery regarding the above-captioned case:

    1.   A copy of Detective Glen F. Decker's Affidavit dated September 29, 2005. (four pages)

    2.   Pittsfield Police Department Towed Motor Vehicle Report. (one page)

    Please feel free to call me at (413) 785-0330 if you have any questions about the above information.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                By:

                            ARIANE D. VUONO
                            Assistant U.S. Attorney

Encs.