UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                  )<br>)<br>)<br>DARRYL BURNS and            )<br>NAOMI WATFORD,              )<br>          Defendants       ) | Criminal No. 05-30057-MAP |

INTERIM SCHEDULING ORDER
November 8, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the interim Status Conferences held this day:

1. An interim status conference will be held on December 22, 2005, at 2:30 p.m. in Courtroom III.

2. On or before the close of business, December 20, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/  Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge