UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30057-MAP |
| ) | |
| DARRYL BURNS and ) | |
| NAOMI WATFORD, ) | |
| Defendants ) | |

INITIAL STATUS REPORT
November 8, 2005

NEIMAN, U.S.M.J.

The court held an interim Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled another interim Status Conference for December 22, 2005.

3. The parties -- and the court -- have agreed and determined for reasons set forth in the parties' joint memorandum that no time has yet run on the Speedy Trial Clock. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge