UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.  )<br>)<br>)<br>NAOMI WATFORD,  )<br>      Defendant )  | Criminal No. 05-30057-MAP |

INTERIM SCHEDULING ORDER
December 22, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day with regard to Defendant Naomi Watford:

1. An interim conference will be held on February 2, 2006, at 12:45 p.m. in Courtroom III.

2. On or before the close of business, January 31, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge