UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.     )<br>)<br>)<br>NAOMI WATFORD,     )<br>        Defendant    ) | Criminal No. 05-30057-MAP |

INTERIM STATUS REPORT
December 22, 2005

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5 with regard to Naomi Watford. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a interim Status Conference for February 2, 2006.

3. The parties have agreed and the court finds for the reasons set forth in the parties' joint statement that, as of today, no time has run on the Speedy Trial Clock. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN

U.S. Magistrate Judge