```
                                               FILED
                                          IN CLERK'S OFFICE
        UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS        2005 DEC 21  A 10: 01

UNITED STATES OF AMERICA    )              U.S. DISTRICT COURT
                            )              DISTRICT OF MASS
                            )
         v.                 )       CRIMINAL NO. 05-30057-MAP
                            )
DARRYL BURNS, and           )
NAOMI WATFORD               )
                            )
         Defendants.        )
```

## THE PARTIES' JOINT STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Edward B. Fogarty, attorney for Darryl Burns, and Myles Jacobson, attorney for Naomi Watford, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written order.

1. Counsel for Ms. Watford requested additional discovery on November 7th and 14th. The government response to these requests is overdue. Counsel for the government has discussed the discovery requests with Attorney Jacobson, counsel for Ms. Watford, and has agreed to provide the information. Furthermore, Counsel and the government have made arrangements to meet and discuss the this case before the status conference scheduled for December 22, 2005. If necessary, Counsel for Ms. Watford should be granted additional time to file any motions relating to the

discovery that will be provided on or before December 22, 2005.

2. Counsel for Darryl Burns has moved to continue his participation in the status conference. His motion was allowed. There are no pending requests for discovery from Mr. Burns at this time.

3. The government states that a motion date should be established under Fed.R.Crim.P. 12(c).

4. The parties agree that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule 112.2(B).

5. At this point, the parties, anticipate a trial in this case which will require approximately two weeks consisting of four hour trial days.

6. The parties agree that it is appropriate to schedule another status conference at this time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Ariane D. Vuono
Assistant U.S. Attorney

                                                                        _____
Edward B. Fogarty, Esq.
Attorney for Darryl Burns

_____
Myles Jacobson, Esq.
Attorney for Naomi Watford

Dated: December 21, 2005