UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 JAN -4  P 4: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL NO. 05-30057-MAP |
| ) | |
| DARRYL BURNS, and ) | |
| NAOMI WATFORD     ) | |
| ) | |
| Defendants.  ) | |

THE PARTIES' JOINT STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts and Edward B. Fogarty, attorney for Darryl Burns, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written order.

1. Counsel for Mr. Burns has reviewed the evidence in the government's custody and has concluded that there are no further discovery requests and that no dispositive motions will be filed.

2. Mr. Burns intends to enter a plea of guilty.

3. The parties agree that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule

112.2(B).

    4.    The parties agree that it is appropriate for this case to follow the same schedule as co-defendants Watford and Moorer.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Ariane D. Vuono
Assistant U.S. Attorney


_____
Edward B. Fogarty, Esq.
Attorney for Darryl Burns


Dated: January 4, 2006