UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>   v.                                               )<br><br>DARRYL MOORER and NAOMI )<br>WATFORD,                                )<br>            Defendants               ) | Criminal No. 05-30057-MAP |

FURTHER SCHEDULING ORDER
February 2, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the status conference this day with regard to the above two named defendants, Darryl Burns having decided to change his plea:

1. Any remaining discovery request letters shall be sent and filed by February 8, 2006. *See* Local Rule (LR) 116.3(A) and (H).

2. Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter(s) referred to in Paragraph 1 above *or* on or before February 22, 2006, *whichever date shall first occur.* *See* LR 116.3(A).

3. Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before fourteen days after the receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received the discovery request letter and has failed to respond thereto, *whichever date*

*shall first occur.* See LR 116.3(E) through (H).

4. Consistent with the provisions of Paragraph 3 above, a response to any motion shall be filed on or before fourteen days after the motion has been filed. *See* LR 116.3(I).

5. A Final Status Conference in accordance with LR 116.5 will be held on March 28, 2006, at 2:00 p.m. in Courtroom III.

6. A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7) shall be filed on or before the close of business, March 24, 2006.

DATED: February 2, 2006

          /s/ Kenneth P. Neiman  
          KENNETH P. NEIMAN  
          U.S. Magistrate Judge