UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30057-MAP |
| | ) | |
| DARRYL BURNS, et al.,<br>            Defendants | ) | |

INTERIM STATUS REPORT
February 2, 2006

NEIMAN, U.S.M.J.

The court held a Status Conference this day and, in accord with Local Criminal Rule 116.5(B), reports as follows:

1. A change of plea hearing has been set for Darryl Burns for March 16, 2006, at 3:00 p.m.

2. The court has established a schedule with regard to the other two defendants as outlined in the Further Scheduling Order issued this day.

3. The court has scheduled a final Status Conference for March 28, 2006.

4. The parties assert in their status report, with which the court agrees, that no time has yet run on the speedy trial clock. An order of excludable delay shall issue.

5. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

Case 3:05-cr-30057-MAP   Document 47   Filed 02/02/2006   Page 2 of 2