AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

**v.**  **APPEARANCE**

DARRYL BURNS, et al

Case Number: CR-05-30057-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/13/2006 | /s/ Thomas J. O'Connor, Jr. |
| Date | Signature |
| | Thomas J. O'Connor, Jr.     640433 |
| | Print Name                             Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield            MA    01103 |
| | City                    State       Zip Code |
| | 413-785-0395      413-785-0394 |
| | Phone Number                       Fax Number |