UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hampden, ss                                            Case No: 05-30057-MAP

_____
                                                      )
UNITED STATES OF AMERICA                              )
                                                      )
v.                                                    )
                                                      )
NAOMI WATFORD                                         )
_____              )


**NOTICE OF CHANGE OF ADDRESS**

In the above matter, please note my new address as counsel for Naomi Watford, as
follows:

        Myles Jacobson, Attorney
        Jacobson & Fellows
        16 Center Street, Suite 314
        Northampton, MA 01060
        Telephone: (413) 584-8181


                                        *s/  Myles Jacobson*

Date: February 17, 2006                 _____
                                        Myles Jacobson
                                        Jacobson & Fellows
                                        16 Center Street, Suite 314
                                        Northampton, MA 01060
                                        Tel: (413) 584-8181
                                        BBO #249600