UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 05 30057 |
| V. | ) | |
| DARRYL BURNS, | ) | U.S. DISTRICT COURT |
| Defendant | ) | DISTRICT OF MASS |

## MOTION TO CONTINUE

The undersigned requests to continue a scheduled Court Appearance from March 16, 2005, to a mutually agreeable date. As grounds, please see the attached affidavit.

THE DEFENDANT
By His/Her Attorney

*Edward B. Fogarty*

Edward B. Fogarty, Esquire
101 State Street - Suite 321
Springfield MA. 01103
Tel: (413) 827 0174
Fax: (413) 737 7782
BBO: 173090

Date: March 10, 2006

### CERTIFICATE OF SERVICE

I certify that I have caused a copy of the foregoing to be served upon all parties, via hand service, 1st class mail, email or facsimile.

Edward Fogarty

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S NOTICE

The image of this document is not viewable because it is either SEALED or filed EX PARTE.