UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIM. NO. 05-30057-MAP |
| | ) | |
| | ) | |
| DARRYL MOORER and | ) | |
| NAOMI WATFORD, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INTERIM STATUS CONFERENCE REPORT**

The United States of America, by Michael J. Sullivan, United States Attorney for the

District of Massachusetts, and Thomas J. O'Connor, Jr., Assistant United States Attorney, and

Steven L. Winniman, Esq., counsel for Darryl Moorer, and Myles D. Jacobson, Esq., counsel for

Naomi Watford, hereby submit the following interim status conference report pursuant to

Magistrate Judge Neiman's order.

1.     The parties agree that this case does not require relief from the timing requirements

imposed by Local Rule 116.3.

2.     The defendants will be requesting discovery concerning expert witnesses under

Fed.R.Crim.P. 16(a)(1)(E).  The government requests reciprocal discovery pursuant to

Fed.R.Crim.P. 16(B)(1)(C).

3.     The defendants may be seeking additional time for discovery pertaining to the

government's potential cooperating witness(es).

4.     The parties do not anticipate the filing of dispositive motions.

5.     The parties agree that no additional time has run on the Speedy Trial Act clock

since the time of the last status conference in this matter.  The time was used for continuing review

of discovery and consideration of potential of pleas and, therefore, is excludable pursuant to the

Local Rules and 18 U.S.C. § 3161(h)(8)(A) and (h)(7).

6.      Co-defendant Darryl Burns is scheduled to plead guilty on April 25, 2006.  At

present, the remaining defendants anticipate a trial.  The parties believe that a trial will require

approximately five trial days.

7.      The parties note that defendant Darryl Moorer's sister has indicated that Mr.

Moorer will be seeking new counsel and request that this issue be addressed at the scheduled

status conference.

8.      The parties agree that the scheduling of a final status conference would be

appropriate.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ Thomas J. O'Connor, Jr.
Thomas J. O'Connor, Jr.
Assistant U.S. Attorney


_____
Myles D. Jacobson, Esq.
Counsel for Naomi Watford


_____
Steven L. Winniman, Esq.
Counsel for Darryl Moorer

Dated: March 28, 2006

2