UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                   )<br>)<br>)<br>DARRYL MOORER and NAOMI   )<br>WATFORD,                             )<br>             Defendants          ) | Criminal Action No. 05-30057-MAP |

SCHEDULING ORDER
April 4, 2006

NEIMAN, C.M.J.

The following schedule was established at the status conference on March 30, 2006, with regard to the above two named defendants, Darryl Burns having decided to change his plea:

1. Defendant Darryl Moorer shall appear together with substitute counsel at an interim conference on April 14, 2006, at 1:30 p.m.

2. A Final Status Conference for both defendants in accordance with LR 116.5 will be held on May 19, 2006, at 2:00 p.m. in Courtroom III.

3. A joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court on or before the close of business, May 17, 2006.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge