UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                            )    Criminal Action No. 05-30057-MAP<br>)<br>)<br>DARRYL MOORER and NAOMI   )<br>WATFORD,                                  )<br>           Defendants              ) | |

INTERIM STATUS REPORT
April 4, 2006

NEIMAN, U.S.M.J.

The court held a Status Conference on March 30, 2006, and, in accord with Local Rule 116.5(B), reports as follows:

1. A change of plea hearing has been set for Darryl Burns for April 25, 2006.

2. The court has established an interim schedule with regard to the other two defendants as outlined in the Interim Scheduling Order issued this day.

3. The court has continued the final status conference to May 19, 2006.

4. The parties assert in their status report, with which the court agrees, that no time has yet run on the speedy trial clock. An order of excludable delay shall issue.

5. There are no other matters to report relevant to the progress or resolution of the case.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge