# JACOBSON & FELLOWS
16 Center Street Suite 314
Northampton, MA 01060
(413) 584-8181

Myles Jacobson,  Attorney
Michael Fellows, Attorney

April 26, 2006

AUSA Thomas J. O'Connor, Jr.
U.S. Attorney's Office
Federal Building and Courthouse
1550 Main Street, Rm 310
Springfield, MA 01103

Re:    <u>United States of America v. Naomi Watford</u>
       Criminal No. 05-CR-30057-MAP
       (Discovery letter, non-motion)
       Discovery Issues and Conference

Dear Attorney O'Connor:

    Thank you for your letter of April 24.   As I understand it, you are waiting to gather more information, at which point you may provide additional information.   You also invite me to have a further conference with you about outstanding issues.

    At this point, I think it would be desirable for us to schedule a time to review the outstanding issues - either by phone or in person.   I could be available by phone at 11:30 this Friday, April 28, or 11:30 Wednesday May 3 for a meeting at your office.   Please let me know if either of these times are good for you, and if not, what would be.

    Thank you.

                                               Sincerely,

                                               s/  *Myles Jacobson*

                                               Myles Jacobson