AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

UNITED STATES

v.                                                    **APPEARANCE**

DARRYL BURNS, ET AL

Case Number:   05-30057-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

| 5/8/06 | /s/ |
|---|---|
| Date | Signature |

Kevin O'Regan
Print Name                                      Bar Number

1550 Main Street, Room 310
Address

| Springfield | MA | 01103 |
|---|---|---|
| City | State | Zip Code |

| 413-785-0142 | 413-785-0394 |
|---|---|
| Phone Number | Fax Number |