UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>)<br>DARRYL BURNS, et al.,    )<br>          Defendants    ) | Criminal No. 05-30057-MAP |

FURTHER SCHEDULING ORDER
May 22, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference on May 19, 2006:

1. A Final Status Conference in accordance with LR 116.5 will be held on July 11, 2006, at 2:00 p.m. in Courtroom III.

2. A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7) shall be filed on or before the close of business, July 7, 2006.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge