UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30057-MAP |
| ) | |
| DARRYL BURNS, et al., ) | |
| Defendants ) | |

INTERIM STATUS REPORT
May 22, 2006

NEIMAN, U.S.M.J.

The court held a Status Conference on May 19, 2006, and, in accord with Local Criminal Rule 116.5(B), reports as follows:

1. The court has established a schedule outlined in the Further Scheduling Order issued this day.

2. The court has continued the final Status Conference to July 11, 2006.

3. The parties assert in their status report, with which the court agrees, that no time has yet run on the speedy trial clock. An order of excludable delay shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge