

**To:**      Honorable Kenneth P. Neiman
             Chief U.S. Magistrate Judge

**From:**    Irma Garcia Zingarelli
             U.S. Pretrial Services Officer

**Re:**      **WATFORD, Naomi**
             **Dkt. #: 05-30057-03**

**Date:**    June 1, 2006

On August 5, 2005, the above-named defendant appeared before Your Honor after being named in an Indictment charging her with Conspiracy to Possess with Intent to Distribute Cocaine Base and Aiding and Abetting in violation of Title 21 U.S.C. §846 and Title 18 U.S.C. Section 2. The defendant was ordered temporarily detained and a Detention Hearing was scheduled for August 9, 2005.

On August 9, 2005, the defendant appeared before the Court for a Detention Hearing. She was released on $10,000 unsecured bond and the following conditions:

1. Report to Pretrial as directed.
2. Maintain/seek employment.
3. Travel restricted to Massachusetts.
4. Avoid all contact with any witness or victim (no contact with Candace Mateo or Michael Preston).
5. Do not possess/use any illegal narcotics.
6. Submit to random drug testing.
7. Curfew from 9:00 p.m. until 6:00 a.m. with Electronic Monitoring.
8. Notify Pretrial Services within 24 hours of any new arrests.
9. Statutory conditions.

Ms. Watford secured employment at Adcare in Pittsfield, MA and asked the Court to modify her conditions of release. Ms. Watford also made plans to attend The Kay Harvey Hairdressing Academy. On May 18, 2006, the defendant appeared before the Court for a bail review hearing, at which time Your Honor modified her conditions removing her curfew and electronic monitoring.

2

On May 31, 2006, Ms. Watford reported that she is unable to perform her duties at Adcare and has secured employment at Dunkin Donuts. She will is employed on a part-time basis, and on July 11, 2006, will begin classes at Kay Harvey Hairdressing Academy.

This memorandum is submitted to Your Honor for informational purposes.

cc:     Karen Goodwin, AUSA
        Myles Jacobson, Esq.