UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                         )<br>)<br>)<br>DARRYL BURNS and                   )<br>DARRYL MOORER,                      )<br>     Defendants                              ) | Criminal No. 05-30057-MAP |

INTERIM SCHEDULING ORDER
July 17, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. The final conference is continued to August 31, 2006, at 12:45 p.m. in Courtroom III.

2. On or before the close of business, August 29, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                                          /s/  Kenneth P. Neiman
                                                          KENNETH P. NEIMAN
                                                          U.S. Magistrate Judge