UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>DARRYL BURNS, DARRYL MOORER )<br>and NAOMI WATFORD, )<br>        Defendants )  | Criminal No. 05-30057-MAP |

INTERIM STATUS REPORT
July 17, 2006

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. Defendant Watford will be changing her plea and a Rule 11 hearing has been set for September 7, 2006, at 2:00 p.m.

2. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day with respect to Defendants Burns and Moorer.

3. The court has continued the final Status Conference to August 31, 2006.

4. The parties -- and the court -- have agreed and determined for the reasons set forth in the parties' joint statement that no time has yet run on the Speedy Trial Clock. A separate order shall issue.

5. There are no other matters to report relevant to the progress or resolution of the case.

                                                      /s/   Kenneth P. Neiman
                                                      KENNETH P. NEIMAN

U.S. Magistrate Judge