UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.        )<br>)<br>)<br>DARRYL BURNS, DARRYL MOORER )<br>and NAOMI WATFORD,       )<br>Defendants )  | Criminal No. 05-30057-MAP |

FINAL STATUS REPORT
August 31, 2006

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. But for one outstanding discovery motion by Defendant Moorer, which should be resolved in the next week, all discovery has been completed.

2. Defendant Watford intends to change her plea on September 7, 2006.

3. A pretrial conference with regard to Defendants Burns and Moorer has been scheduled for October 6, 2006, at 2:00 p.m. in Courtroom I. They will inform the court at that time whether they wish to file motions to suppress.

4. The parties estimate that a trial, if necessary, will take one week.

5. Defendants do not intend to raise defenses of insanity or public authority.

6. The parties -- and the court -- agree in the interest of justice, as set forth

today in open court, that, no time has yet run on the Speedy Trial clock. An Order of Excludable Delay shall issue.

7. There are no other matters relevant to the progress or resolution of the case.

DATED: August 31, 2006

   /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge