```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
)
)
    v. )     Criminal No. 05-30057-MAP
)
)
NAOMI WATFORD, )
    Defendant. )

PARTIES' WAIVER OF FIVE WEEK NOTICE OF PSR

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby notifies the Court that the Government and Ms. Watford expressly waive the minimum five week pre-sentencing notification period specified in Paragraph 6 of the Court's September 7, 2006, sentencing procedural order. The government has conferred with Ms. Watford's attorney, Myles Jacobson, Esq., and both parties expressly agree to this waiver.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    by:   /s/ Kevin O'Regan
        Kevin O'Regan
        Assistant U.S. Attorney

Date: November 9, 2006

Certificate of Service

November 9, 2006

I certify that I have caused a copy of the foregoing to be served electronically on Myles Jacobson, Esq.

    /s/ Kevin O'Regan
    Kevin O'Regan
    Assistant U.S. Attorney