UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: WARDEN, FCI DANBURY, DANBURY CONNECTICUT

YOU ARE COMMANDED to have the body of   NAOMI WATFORD   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, U.S. Marshal Service, Room 418, 4th Floor, 1550 Main St., Springfield, Massachusetts on AUGUST 31, 2007   at   10:00 a.m.

for the purpose of   CONFERENCE

in the case of UNITED STATES   V.   DARRY MOORER

CR Number   05-30057-MAP

And you are to retain the body of said   NAOMI WATFORD   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   NAOMI WATFORD   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this   28TH   day of   AUGUST, 2007  .


 MICHAEL A. PONSOR
UNITED STATES DISTRICT JUDGE

                                                      SARAH A. THORNTON
                                                     CLERK OF COURT
       SEAL

                                            By     Elizabeth A. French
                                                    Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)